BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CANNON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-165-MAG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING CHANGE OF PLEA HEARING** |
| vs. | ) | |
| SANDRA LEIGH CANNON, | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. Defense counsel requests a continuance of the change of plea hearing date of May 9, 2006 to May 23, 2006, due to having a family emergency and having to travel out of state to join her family during this emergency.

2. The government has no objection to the request for continuance.

3. The parties jointly propose the date of May 23, 2006 for the Court's consideration.

**IT IS SO STIPULATED**.

Dated: 5/9/2006                        _____/S/_____
                                       ELIZABETH M. FALK
                                       Assistant Federal Public Defender

Stipulation and Proposed Order                1

1

2  Dated: 5/9/2006                                    _____/S/_____
                                                     DEREK R. OWENS
3                                                    Assistant United States Attorney

4

5  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

6  "Conformed" signature (/S/) within this e-filed document.

7

8                                              **ORDER**

9       For the reason stated by counsel, the hearing date in the aforementioned matter of

10  May 9, 2006 at 9:30 a.m. is hereby continued to May 23, 2006 at 9:30 a.m.

11  Dated: _May 9, 2006_____

12                                         _____
                                           THE HONORABLE ELIZABETH D. LAPORTE
13                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and Proposed Order                    2