1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

**JAN 0 7 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-0165 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| SANDRA LEIGH CANNON, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 06-0165 MAG

| | |
|---|---|
| 1 | Information with prejudice. The defendant has successfully completed her pretrial diversion |
| 2 | program. |
| 3 | |
| 4 | Respectfully submitted, |
| 5 | SCOTT N. SCHOOLS<br>United States Attorney |
| 6 | |
| 7 | |
| 8 | DATED: 1/02/08 |
| 9 | WENDY THOMAS<br>Special Assistant United States Attorney |
| 10 | |
| 11 | The Court hereby grants leave to dismiss the above Information with prejudice. |
| 12 | |
| 13 | DATED: Jan 7, 2008 |
| 14 | ELIZABETH D. LAPORTE<br>United States Magistrate Judge |

DISMISSAL OF INFORMATION
CR 06-0165 MAG